1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JUAN CARLOS CALDERON,                     No.  2:23-cv-00212-EFB (PC)

12                  Plaintiff,

13           v.                                   ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS
14     ROB BONTA, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1).

20          On February 27, 2023, the court screened plaintiff's complaint pursuant to 28 U.S.C. §

21   1915A.  ECF No. 6.  The court dismissed the complaint, explained the deficiencies therein, and

22   granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*

23   The screening order warned plaintiff that failure to comply would result in a recommendation that

24   this action be dismissed.  *Id.*  The time for filing an amended complaint has now passed and

25   plaintiff has failed to file an amended complaint or otherwise respond to the court's order.  Thus,

26   it appears that plaintiff is unable or unwilling to cure the defects in the complaint.

27   /////

28   /////

                                                  1

1    Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States

2   District Judge to this action.

3    Further, it is RECOMMENDED that this action be dismissed without prejudice for the

4   reasons set forth in the February 27, 2023 screening order (ECF No. 6).

5    These findings and recommendations are submitted to the United States District Judge

6   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7   after being served with these findings and recommendations, any party may file written

8   objections with the court and serve a copy on all parties.  Such a document should be captioned

9   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

10   objections shall be served and filed within fourteen days after service of the objections.  The

11   parties are advised that failure to file objections within the specified time may waive the right to

12   appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

13   *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

14

15   Dated: April 10, 2023.

16                                    EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28