UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON, | No.  2:23-cv-00212-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ROB BONTA, et al., | |
| Defendants. | |

On August 2, 2023, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on August 14, 2023, ECF No. 20, and October 4, 2023, ECF No. 24.  Plaintiff also has filed additional motions for injunctive relief.  ECF Nos. 18, 19, 21, 25, 26, 28, 29, 30 and 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  The court has considered plaintiff's objections and finds they are without merit.  His objections do not respond to the findings and recommendations but rather appear to restate the allegations in the complaint or improperly supplement the complaint by adding allegations.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 2, 2023 (ECF No. 17), are adopted in full;

2. The May 4, 2023 amended complaint (ECF No. 11) is dismissed without leave to amend for failure to state a claim;

3. All outstanding motions (ECF Nos. 10, 12, 13, 14, 15, 18, 19, 21, 25, 26, 28, 29, 30 and 31) are denied as moot; and

4. The Clerk of Court is directed to close the case.

DATED:  March 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE